HUGHES v. UNITED STATES. *

(Circuit Court of Appeals, Eighth Circuit. October 28, 1918.)

No. 5140.

In Error to the District Court of the United States for the Western District of Missouri; Arba S. Van Valkenburgh, Judge.

U. S. G. Hughes was convicted of violation of the Harrison Anti-Narcotic Act (Act Dec. 17, 1914, c. 1, 38 Stat. 785 [Comp. St. 1916, §§ 6287g–6287q]), and brings error. Affirmed.

B. F. Pursel, of Kansas City, Mo., for plaintiff in error.

Francis M. Wilson, U. S. Atty., and William G. Lynch, Asst. U. S. Atty., both of Kansas City, Mo.

Before HOOK and STONE, Circuit Judges, and WADE, District Judge.

HOOK, Circuit Judge. This case is like No. 5139 (253 Fed. 543, —— C. C. A. ——) in all essential particulars. The sentence is affirmed for the same reasons.

253 F.—35           ⁂Rehearing denied January 13, 1919.